**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH TAYLOR, as Wrongful Death Heir, and as Successor-in-Interest to BENJAMIN TAYLOR, Deceased, and JAMES TAYLOR, NINA WEST, as Legal Heirs of BENJAMIN TAYLOR, Deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>        Defendants. | No. 3:10-cv-03382-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 25, 2014        By: _____
                                             Charles R. Breyer
                                             United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY