BRAYTON♦PURCELL LLP
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TAYLOR, as Wrongful Death Heir, and as Successor-in-Interest to BENJAMIN TAYLOR, Deceased, and JAMES TAYLOR, NINA WEST, as Legal Heirs of BENJAMIN TAYLOR, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | No. 3:10-cv-03382-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 18, 2014          By: _____
                                      Charles R. Breyer
                                      United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer, signed]*

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION